No. 04–9712. SMITH v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 04–9713. PACE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–9724. JOHNSON v. MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 04–9727. RUTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9747. SMITH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–9757. WELLS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9789. GONZALEZ v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–9803. HERBIN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–9815. BENFORD v. WILLIAMS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–9827. MCCAIN v. TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9839. ORTIZ v. ORTIZ, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9872. CRISWELL v. WATKINS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–9873. AGUILAR v. PATEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–9897. ALLAH v. AL-HAFEEZ ET AL. C. A. 3d Cir. Certiorari denied.